Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| EDWARD RAMOS GALARZA Y OTROS<br><br>Recurridos<br><br>v.<br><br>HOSPITAL RYDER MEMORIAL, INC. Y OTROS<br><br>Demandados<br><br>**HOSPITAL ORIENTE, INC., ADMIRAL INSURANCE COMPANY**<br><br>Peticionarios | KLCE202400961 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Humacao<br><br>Caso núm.: HSCI201100033 (206)<br><br>Sobre: Impericia Médica |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio y el Juez Rodríguez Flores.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 10 de septiembre de 2024.

Examinada la *Urgente Moción Informativa sobre Transacción* presentada por la parte recurrente, Hospital Oriente, Inc. y su aseguradora Admiral Insurance Company, el 10 de septiembre de 2024, se ordena el cierre y archivo del caso por desistimiento, de conformidad con la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024_____